**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

GLOBAL COMMUNICATIONS, INC.,

Plaintiff,

vs. CASE NO. 4:09cv200/RS-WCS

DISH NETWORK CORP.; ECHOSTAR TECHNOLOGIES CORP.; ECHOSTAR DBS CORP., et al,

Defendants.
_______________________________/

**ORDER**

Before me is the Joint Motion To Amend Order Of Dismissal (Doc. 76).

**IT IS ORDERED:**

1. The Order (Doc. 75) is withdrawn.

2. This case is dismissed with prejudice. The parties shall bear their respective costs and attorney's fees.

**ORDERED** on January 22, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**